## COOLEY *v.* CRAFT.

HILL, J.  1. Under the rulings in *Holmes* v. *Holmes,* 106 *Ga.* 858 (33 S. E. 216), and *Horne* v. *Mullis,* 119 *Ga.* 534 (46 S. E. 663), there was no error in overruling the demurrer to the petition in this case.

2. While the charge of the court in regard to express and implied trusts was not altogether clear or accurate, under the pleadings and evidence in this case it does not furnish cause for a new trial.

3. The verdict is supported by the great weight of the testimony.

*Judgment affirmed. All the Justices concur.*

MAY 13, 1916.  REHEARING DENIED JUNE 20, 1916.

Equitable petition. Before Judge Meadow. Elbert superior court. June 28, 1915.

*George C. Grogan,* for plaintiff in error.  *Worley & Nall,* contra.